# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| ANTHONY HENRY AMOFA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:18-cv-00105 |
| | ) | Judge Trauger |
| YATES SERVICES, | ) | |
| Defendant. | ) | |

## **O R D E R**

On May 31, 2019, the magistrate judge issued a Report and Recommendation (Docket No. 32), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion for Summary Judgment (Docket No. 23) is hereby GRANTED, and all claims in this case are DISMISSED with prejudice.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 22nd day of July 2019.

_____
ALETA A. TRAUGER
U.S. District Judge